## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
# EASTERN District of NEW YORK

Index Number: CV10-1578 (JI)(MJG)　　　　　　　　　　　　　　Date Filed: _____

Plaintiff:
**FORREST RIVER, INC.,**

vs.

Defendant:
**RICHARD REICHENBACH, ET AL.,**

For:
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Ave.
New York, NY  10022

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **RICHARD REICHENBACH, 135 HAVEN AVENUE, PORT WASHINGTON, NY 11365**.

I, Alan Sobel, being duly sworn, depose and say that on the **14th day of April, 2010** at **1:45 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT, CIVIL COVER SHEET AND JUDGE IRIZARRY'S INDIVIDUAL RULES** to: **RICHARD REICHENBACH** at the address of: **135 HAVEN AVENUE, PORT WASHINGTON, NY 11365**

**Military Status:** AT THE TIME OF SERVICE , DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served:  Age: 60,  Sex: M,  Race/Skin Color: White,  Height: 5'10",  Weight: 210,  Hair: Grey,  Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

_____
Alan Sobel
Process Server

Subscribed and Sworn to before me on the 15th day of April, 2010 by the affiant who is personally known to me. 

_____
NOTARY PUBLIC

Seth Korin
Notary Public, State of New York
No. 01K06183000
Qualified in Suffolk County
Commission Expires 3/10/20__

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY  11931
(631) 369-4925

Our Job Serial Number: 2010002349

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Forrest River, Inc. ) | |
| _Plaintiff_ ) | CV 10- 1578 |
| v. ) | Civil Action No. |
| Richard Reichenbach, Bird Bus Sales, LLC, Factory ) | |
| Direct Bus Sales, Inc., Richard Solano, Jr. ) | |
| _Defendant_ ) | |

SUMMONS IN A CIVIL ACTION

IRIZARRY, J.

GOLD, M.J.

To: _(Defendant's name and address)_  Richard Reichenbach
    135 Haven Avenue
    Port Washington, NY 11365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joseph E. Czerniawski, Esq.
> Edwards Angell Palmer & Dodge LLP
> 750 Lexington Avenue, 8th Fl.
> New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 08 2010

CLERK OF COURT   ROBERT C. HEINEMANN

Date: _____        _____
                                  _Signature of Clerk or Deputy Clerk_