EDWARDS ANGELL PALMER & DODGE LLP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FORREST RIVER, INC.,

                               Plaintiff,

   -against-

RICHARD REICHENBACH, BIRD BUS SALES, LLC, FACTORY DIRECT BUS SALES, INC., RICHARD SOLANO, JR.,

                               Defendants.
-------------------------------------------------------------------X

Index No.: 10 CV 1578 (IRIZARRY)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                 ) ss.:
COUNTY OF NEW YORK    )

**DARREN HINDS,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

2. That on April 12, 2010, at approximately 4;41 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT along with Exhibits "A-E", CIVIL COVER SHEET, and Individual Rules of Judge Dora L. Irizarry,** all upon **BIRD BUS SALES, LLC c/o United States Corporation Agents, Inc.,** by Personal Delivery, via Mr. William Smith, who identified himself as being authorized as Registered Agent, to accept service on behalf of Bird Bus Sales, LLC C/o United States Corporation Agents, Inc., which service was effected at the business address indicated below:

        BIRD BUS SALES, LLC
        C/o United States Corporation Agents, Inc.
        7014 13th Avenue / Suite 202
        Brooklyn, New York 11228

3. **Mr. William Smith** can best be described as:

Male – White skin – Gray hair (Bald on top) - Brown eyes - Approximately 55 – 65 years of age, 5'5" – 5'8" and 155 – 195 lbs.

Dated: April 12, 2010
       New York, New York

_____
DARREN HINDS
License No.: 1194970

Sworn to before me on this the 12th day of April 2010.

_____
NOTORY PUBLIC

RONALD GUEST
Notary Public, State of New York
No. 01GU6204963
Qualified in New York County
Commission Expires April 27, 2013

---

**EXCLUSIVE PROCESS SERVICE CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Forrest River, Inc. <br><br> *Plaintiff* <br> v. <br> Richard Reichenbach, Bird Bus Sales, LLC, Factory Direct Bus Sales, Inc., Richard Solano, Jr. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CV10-1578 <br><br> IRIZARRY, J. <br><br> GOLD, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bird Bus Sales, LLC
c/o Unites States Corporation Agents, Inc.
7014 13th Avenue, Suite 202
Brooklyn, NY 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph E. Czerniawski, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue, 8th Fl.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 08 2010

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*