# AFFIDAVIT OF SERVICE

State of NEW YORK        County of Eastern District of New York        U.S. District Court

Index Number: CV10-1578
Date Filed: 4/8/2010

Plaintiff:
Forrest River, Inc.

vs.

Defendant:
Richard Reichenbach, et al

Received these papers to be served on Richard Solano, Jr., 25 Doran Drive, Hopewell Junction, NY 12533.

I, Tammy L. McCourt, being duly sworn, depose and say that on the 19th day of April, 2010 at 10:50 am, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons and Complaint with Judge's Rules Bearing Index No. & Filing Date to Richard Solano, Jr. at the address of: 25 Doran Drive, Hopewell Junction, NY 12533, and informed said person of the contents therein, in compliance with state statutes.

Military Status: Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

Description of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 165, Hair: Black, Glasses: N

I certify that I am over the age of 18, and have no interest in the above action.

Tammy L. McCourt
Process Server

Subscribed and Sworn to before me on the 22nd day of April, 2010 by the affiant who is personally known to me.

Deborah A. Accardi
NOTARY PUBLIC, State of New York
No. 01AC6179310
Qualified in Dutchess County
Commission Expires, December 24, 2011

Our Job Serial Number: 2010002705
Ref: 152066

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Forrest River, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV10-1578 |
| Richard Reichenbach, Bird Bus Sales, LLC, Factory Direct Bus Sales, Inc., Richard Solano, Jr. | ) ) ) | |
| *Defendant* | ) | |

IRIZARRY, J.

GOLD, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Solano Jr.
Gorman Enterprises
691 Bullis Rd.
Elma, NY 14059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph E. Czerniawski, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue, 8th Fl.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
CLERK OF COURT

APR 0 8 2010

Date: _____        _____
*Signature of Clerk or Deputy Clerk*