023-1011/1424532

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FOREST RIVER, INC.,

         PLAINTIFF,   NOTICE OF APPEARANCE

   -AGAINST-

                 1:10-cv-01578-DLI -SMG

RICHARD REICHENBACH, BIRD BUS
SALES, LLC, FACTORY DIRECT BUS   Filed by ECF on
SALES, INC., RICHARD SOLANO, JR,    June 1, 2010

         Defendants.
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that Thomas A. Catalano of Lester Schwab Katz & Dwyer, LLP, has appeared for defendants ROBERT REICHENBACH, J.P. BUS & TRUCK REPAIR LTD. d/b/a BIRD BUS SALES, s/h/a BIRD BUS SALES, LLC, and FACTORY DIRECT BUS SALES, INC.

Dated:  New York, New York
      June 1, 2010

            LESTER SCHWAB KATZ & DWYER, LLP


            s/_____
            Thomas A. Catalano
            Attorneys for Defendants ROBERT
            REICHENBACH, J.P. BUS & TRUCK REPAIR
            LTD. d/b/a BIRD BUS SALES, s/h/a BIRD BUS
            SALES, LLC, and FACTORY DIRECT BUS
            SALES, INC.
            New York, New York 10271
            (212) 964-6611