UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FOREST RIVER, INC.,

                       Plaintiff.

-against-

ROBERT REICHENBACH, BIRD BUS SALES, LLC,
FACTORY DIRECT BUS SALES, INC., RICHARD
SOLANO, JR.,

                       Defendants.
-----------------------------------------------------------------x

**STIPULATION AND ORDER**

Case No.: 10-CV-1578-DLI-SMG

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiff, FOREST RIVER, INC, and the undersigned attorneys for the defendant, ROBERT REICHENBACH, Individually, subject to the approval of the Court, that the time for the defendant, ROBERT REICHENBAH, Individually, to answer, move, or otherwise respond to the complaint shall be extended to June 14, 2010.

Dated: New York, New York
         June 2, 2010

| | |
|---|---|
| LAW OFFICE OF JAMES J. TOOMEY<br>Attorneys for Defendant<br>ROBERT REICHENBACH, Individually<br><br>By: _____<br>David L. Wong (DW 3810)<br>485 Lexington Avenue, 7th Floor<br>New York, NY 10017<br>(917) 778-6600 | EDWARDS ANGELL PALMER &<br>DODGE, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Joseph E. Czerniawski<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 308-4411 |

SO ORDERED:

_____
Hon.