# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK



Index Number: CV-10-1578(DLI)(SMG)                                    Date Filed: _____

Plaintiff:
**FOREST RIVER, INC.,**

vs.

Defendant:
**ROBERT REICHENBACH, ET AL.,**

For:
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Ave.
New York, NY 10022

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **NESCO BUS & TRUCK SALES, INC., 202 SOUTH FEHR WAY, BAYSHORE, NY 11706**.

I, Howard Ettinger, being duly sworn, depose and say that on the **30th day of June, 2010** at **7:40 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JOHN CLARE**, as **SHOP MANAGER** at the address of: **202 SOUTH FEHR WAY, BAYSHORE, NY 11706**, who stated they are authorized to accept service for **NESCO BUS & TRUCK SALES, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 250, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 6th day of July, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6097166
Qualified in Suffolk County
Commission Expires Feb 14, 20__

**Howard Ettinger**
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2010003975

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u