Thomas A. Catalano
LESTER SCHWAB KATZ & DWYER, LLP
Attorneys for Defendants J.P.
BUS & TRUCK REPAIR LTD. d/b/a BIRD BUS SALES,
BIRD BUS SALES LLC,
FACTORY DIRECT BUS SALES, INC.,
and ROBERT REICHENBACH,
a/k/a "RICK" REICHENBACH,
in his capacity as an officer and
shareholder of the aforementioned corporate defendants
120 Broadway – 38th Floor
New York, New York 10271
(212) 964-6611

LSK&D #: 023-1011 / 1460662

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FOREST RIVER, INC.,

          Plaintiff,

    -against-

ROBERT REICHENBACH, J.P. BUS &
TRUCK REPAIR LTD. d/b/a BIRD BUS
SALES, BIRD BUS SALES LLC, FACTORY
DIRECT BUS SALES, INC., RICHARD
SOLANO, JR., NESCO BUS & TRUCK
SALES, INC., NESCO BUS MAINTENANCE,
INC., NESTOR ZARAGOZA,

          Defendants.
-----------------------------------------------------------------x

1:10-cv-01578-DLI-SMG

ANSWER TO CROSS-
CLAIM OF THE NESCO
DEFENDANTS

Filed by ECF on
August 2, 2010

Jury trial demanded

    Defendants J.P. BUS & TRUCK REPAIR LTD. d/b/a BIRD BUS SALES, BIRD BUS SALES LLC, FACTORY DIRECT BUS SALES, INC., and ROBERT REICHENBACH, a/k/a "RICK" REICHENBACH, in his capacity as an officer and shareholder of the aforementioned corporate defendants (the "Reichenbach Defendants"), by their attorneys, Lester Schwab Katz & Dwyer, LLP, for their answer to

the cross-claim interposed by NESCO BUS & TRUCK SALES, INC., NESCO BUS MAINTENANCE, INC., NESTOR ZARAGOZA, states:

1. The Reichenbach Defendants deny the allegations set for the paragraph 16 of the cross-claim.

WHEREFORE, the Reichenbach Defendants demand judgment dismissing the cross-claim, together with the costs and disbursements of this action.

Dated:   New York, New York
         August 3, 2010

LESTER SCHWAB KATZ & DWYER, LLP

s/_____
Thomas A. Catalano
Defendants Attorneys for Defendants J.P. BUS & TRUCK REPAIR LTD. d/b/a BIRD BUS SALES, BIRD BUS SALES LLC, FACTORY DIRECT BUS SALES, INC., and ROBERT REICHENBACH, a/k/a "RICK" REICHENBACH, in his capacity as an officer and shareholder of the aforementioned corporate defendants
120 Broadway
New York, New York  10271
(212)  964-6611