# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY  10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

Joseph E. Czerniawski
212.912.2839
*fax* 888.325.9089
jczerniawski@eapdlaw.com

**VIA ECF**

February 10, 2011

Hon. Steven M. Gold
Chief Magistrate Judge
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, NY  11201

Re:   Forest River, Inc. v. Reichenbach, CV-10-1578 (DLI) (SMG)

Dear Judge Gold:

This firm, along with the firm of Taft Stettinius & Hollister LLP in Indianapolis, represent the plaintiff Forest River in this action. All counsel are scheduled to appear before the Court on September 17, 2011 at 12 PM for a status/settlement conference. While I will be appearing on behalf of the plaintiff in person, we respectfully request that the Court permit counsel from the Taft firm to also participate in the conference via telephone.

All other counsel consent to this request.

Respectfully Submitted,


/s/ Joseph E. Czerniawski


cc:   All Counsel (via email)

NYC 369898.1

BOSTON MA | FT. LAUDERDALE FL | HARTFORD CT | MADISON NJ | NEW YORK NY | NEWPORT BEACH CA | PROVIDENCE RI
STAMFORD CT | WASHINGTON DC | WEST PALM BEACH FL | WILMINGTON DE | LONDON UK | HONG KONG (ASSOCIATED OFFICE)