UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREST RIVER, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERT REICHENBACH, J.P. BUS &<br>TRUCK REPAIR LTD. d/b/a BIRD BUS<br>SALES, BIRD BUS SALES LLC, FACTORY<br>DIRECT BUS SALES, INC., RICHARD<br>SOLANO, JR., NESCO BUS & TRUCK<br>SALES, INC., NESCO BUS<br>MAINTENANCE, INC., NESTOR<br>ZARAGOZA,<br><br>                   Defendants. | CV-10-1578 (DLI) (SMG)<br><br><br>**NOTICE OF CHANGE OF FIRM<br>AFFILIATION AND CHANGE OF<br>ADDRESS** |

TO:   Clerk of the Court
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201

**PLEASE TAKE NOTICE,** that Joseph E. Czerniawski, counsel to plaintiff, Forest

River, Inc., has changed his firm affiliation and address as of April 1, 2011 to:

               Ganfer & Shore LLP
               360 Lexington Avenue
               New York, NY 10017
               212-922-9181
               JCzerniawski@ganfershore.com

And **PLEASE TAKE FURTHER NOTICE** that the law firm of Taft Stettinius & Hollister LLP

shall remain as co-counsel to the plaintiff Forest River Inc.


Dated:  April 1, 2011                                    Respectfully submitted,

                                                        Joseph E. Czerniawski

cc:  All counsel (via ECF)